UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jatwaun Donkes Davis**  Docket No. 5:17-CR-231-1D

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jatwaun Donkes Davis, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon - 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2); Possession of a Stolen Firearm - 18 U.S.C. § 922(j), 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 14, 2018, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jatwaun Donkes Davis was released from custody on January 25, 2021, at which time the term of supervised release commenced.

On April 9, 2021, a Violation Report was submitted as the defendant submitted a urine sample that returned positive for marijuana. The probation office recommended that no action be taken by the court at this time and that probation contact treatment to increase services. The court concurred with the recommendation.

On April 30, 2021, a Violation Report was submitted as the defendant submitted a urine sample that returned positive for marijuana and cocaine. The probation office recommended that the contact with the defendant and treatment intensity be increased. The court concurred with the recommendation.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 10, 2021, the defendant submitted a urine sample that returned positive for marijuana and cocaine from the national lab on May 24, 2021. The defendant was verbally reprimanded and will be continued in substance abuse treatment and drug testing. To address his continued non-compliance, it is respectfully recommended that a 30-day location monitoring sanction be imposed to address the violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

### PRAYING THAT THE COURT WILL ORDER that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Jatwaun Donkes Davis
Docket No. 5:17-CR-231-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: June 2, 2021 |

### ORDER OF THE COURT

Considered and ordered this ___7___ day of ___June___, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge